UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 25-cv-02930-RFL<br><br>**ORDER ON PLAINTIFF'S MOTION TO SEAL THE DECLARATION IDENTIFYING PLAINTIFF AND TO PROCEED UNDER PSEUDONYM**<br><br>Re: Dkt. No. 3 |

Upon review of Plaintiff's motion, and memorandum in support thereof, for an order to seal the declaration identifying Plaintiff, and to proceed under pseudonym in place of his true and correct name, and good cause appearing, Plaintiff's motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 14, 2025

RITA F. LIN
United States District Judge

1