1  HANSON BRIDGETT LLP
   GARNER K. WENG, SBN 191462
2  gweng@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, California 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366

5  *Attorneys for Defendant*
   BLUE CROSS AND BLUE SHIELD
6  ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| JOHN DOE, | Case No. 3:25-cv-02930-RFL |
|---|---|
| Plaintiff, | **DEFENDANT BLUE CROSS AND BLUE SHIELD ASSOCIATION'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS (L.R. 7-11)** |
| v. | |
| OFFICE OF PERSONNEL MANAGEMENT; BLUE CROSS AND BLUE SHIELD ASSOCIATION; UNIVERSITY OF CALIFORNIA SAN FRANCISCO MEDICAL CENTER; ALAMEDA COUNTY HEALTH SYSTEM; SUTTER EDEN MEDICAL CENTER; DR. YOUSSEF E. YOUSSEF; VERONICA PERAZA; HYUNJI AHN; and SARA DULL, | |
| Defendants. | Judge:   Hon. Rita F. Lin |

Pursuant to Civil Local Rule 7-11, Defendant Blue Cross and Blue Shield Association hereby moves to exceed standing page limits on its responsive pleading, namely, its Motion to Dismiss Plaintiff's Complaint.

The Standing Order for Civil Cases before Judge Rita F. Lin provides that, for certain motions, briefs in support of motions may not exceed 15 pages, briefs in opposition to motions may not exceed 15 pages, and reply briefs may not exceed 10 pages.

Additional pages are necessary because of the volume and complexity of the issues raised by the Complaint. The Complaint is 45 pages long, names 9 different defendants, and includes 14

separate counts – 13 of which are brought against Defendant Blue Cross and Blue Shield Association. The Complaint raises complex issues across numerous separate federal and state statutes. Even with abbreviated discussion of these legal and factual issues, it is difficult or impossible to analyze the issues within the existing stated page limits, risking prejudice to Defendant Blue Cross and Blue Shield Association's ability to present its response to Plaintiff's Complaint appropriately.

For the foregoing reasons, Defendant Blue Cross and Blue Shield Association respectfully requests that the Court allow, for Defendant Blue Cross and Blue Shield Association's motion in response to Plaintiff's Complaint:

- briefs in support of the motion may not exceed 25 pages;
- briefs in opposition to the motion may not exceed 25 pages; and
- reply briefs may not exceed 15 pages.

DATED: August 15, 2025                    HANSON BRIDGETT LLP

By: /s/ Garner Weng
GARNER K. WENG
Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD ASSOCIATION