UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02930-RFL<br><br>**ORDER DENYING MOTION TO STAY DEADLINES**<br><br>Re: Dkt. No. 72 |

　　　　On October 15, 2025, Defendant United States Office of Personnel Management ("OPM") moved to stay all case deadlines applicable to OPM until after Congress has enacted funding for the Department of Justice and the federal government shutdown has ended. (Dkt. No. 72.) Plaintiff John Doe filed his opposition on October 20, 2025. (Dkt. No. 73.) OPM's motion is **DENIED**. Plaintiff's claims involve issues of ongoing medical care and health. Staying the case as to OPM will affect the ability to move forward with the case as to the remaining Defendants, because Plaintiff intends to seek to file a consolidated amended complaint across his several related matters once the Court has ruled on the pending pleadings motions, including OPM's motion to dismiss. In order to reduce the burden on OPM during the pendency of the shutdown, OPM's deadline to submit its reply brief is extended to **November 4, 2025**, and the hearing on OPM's motion to dismiss (Dkt. No. 59) is **VACATED** and will be taken under submission without oral argument pursuant to Local Rule 7-1(b) upon filing of OPM's reply brief on November 4, 2025.

　　　　**IT IS SO ORDERED.**

Dated: October 21, 2025

_____
RITA F. LIN
United States District Judge