| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 8 2026 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JOHN DOE,

      Plaintiff - Appellant,

 v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; et al.,

      Defendants - Appellees.

No. 25-7438

D.C. No. 3:25-cv-02930-RFL
Northern District of California, San Francisco

ORDER

Any opposition to the emergency motion for injunctive relief filed January 7, 2026 is due 9:00 a.m. Pacific Time on Monday, January 12, 2026. The optional reply is due Tuesday, January 13, 2026 at 9:00 a.m. Pacific Time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT