|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 14 2026 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; et al.,<br><br>        Defendants - Appellees. | No. 25-7438<br><br>D.C. No. 3:25-cv-02930-RFL<br>Northern District of California, San Francisco<br><br>ORDER |

Before: PAEZ and MENDOZA, Circuit Judges.

The emergency motion (Docket Entry Nos. 10, 11) for injunctive relief is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The request to expedite this appeal (contained in Docket Entry No. 11) is also denied.

Appellees may raise any arguments regarding the court's jurisdiction to hear this appeal in the answering briefs.

The previously established briefing schedule remains in effect.