**FILED**

UNITED STATES COURT OF APPEALS

JUL 20 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE,<br><br>             Plaintiff - Appellant,<br><br>   v.<br><br>UNITED STATES OFFICE OF<br>PERSONNEL MANAGEMENT; et al.,<br><br>             Defendants - Appellees. | No. 25-7438<br><br>D.C. No.<br>3:25-cv-02930-RFL<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The mandate issued on 7/20/2026 is recalled as issued in error.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT